**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CARROLL JOHNSON
ADC # 138237**                                                                                                     **PLAINTIFF**

**V.**                                **CASE NO. 2:08CV00153 BSM-BD**

**WENDY KELLEY,** *et al.*                                                                               **DEFENDANTS**

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Beth Deere. After careful review of the partial recommended disposition, the timely objections received, as well as a *de novo* review of the record, the court concludes that the partial recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

The court notes that in his objection, plaintiff states that he was not attempting to amend his complaint; rather, he was requesting that the court "order the defendants to stop harassing, interfering, and intimidating plaintiff for his prosecution of this lawsuit." If plaintiff wishes to file a motion for preliminary injunction, he may do so.

Accordingly, the court hereby DENIES Plaintiff's Motion to Amend (Doc. No. 24).

IT IS SO ORDERED, this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE