**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CARROLL JOHNSON**                                                           **PLAINTIFF**
**ADC #138237**

**VS.**                        **NO. 2:08CV00153-BSM-BD**

**WENDY KELLEY,** *et al.*                                           **DEFENDANTS**

**ORDER**

Plaintiff and defendants Correctional Medical Services, Inc., Dr. Joe Hughes, Charlotte Green, Teresa Kundert, and Debra Charlene West, have filed a Stipulation of Dismissal (docket entry #89) of the claims against them, with prejudice.

Accordingly, all claims against defendants Correctional Medical Services, Inc., Dr. Joe Hughes, Charlotte Green, Teresa Kundert, and Debra Charlene West are dismissed with prejudice, and each party will bear his or her own fees and costs.

IT IS SO ORDERED this 24th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE