**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CARROLL JOHNSON<br>ADC #138237 | PLAINTIFF |
| V.   NO: 2:08CV00153 BSM/BD | |
| WENDY KELLY, *et al.* | DEFENDANTS |

**ORDER**

The court has reviewed the partial recommended disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the court concludes that the Partial Recommended Disposition should be approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the defendants' motion for summary judgment is GRANTED and that plaintiff's claims against defendants Wendy Kelley, Larry Norris, Ray Hobbs, and Greg Harmon are DISMISSED WITH PREJUDICE.

Since the court received the Partial Recommended Disposition, plaintiff entered into a stipulation of dismissal with all other defendants that did not join in the present motion for summary judgment. All parties are thus dismissed and judgment will be entered.

DATED this 16th day of October, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE