**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CARROLL JOHNSON<br>ADC #138237 | PLAINTIFF |
| V.              NO: 2:08CV00153 BSM/BD | |
| WENDY KELLY, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendants Wendy Kelley, Larry Norris, Ray Hobbs, and Greg Harmon.  The motion for summary judgment filed by plaintiff Carroll Johnson is denied, and all defendants are dismissed with prejudice.

IT IS SO ORDERED this 16th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE